UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 22-06993
Ronisha J. Carpenter )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
)
Debtor(s) )

## Order Confirming Plan

    The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 21, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: September 12, 2022