UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   22-06993
Ronisha J. Carpenter                      )
                                          )
                                          )          Chapter:  13
                                          )          Honorable Jacqueline P Cox
                                          )
              Debtor(s)                   )

### Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 21, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.


Enter:          *Jacqueline P. Cox*
                _____

                Honorable Jacqueline Cox

Dated:  September 12, 2022              United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Illinois

In re:

Ronisha J. Carpenter

    Debtor

Case No. 22-06993-JPC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf003 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Ronisha J. Carpenter, 800 Hinman Ave Apt 606, Evanston, IL 60202-2323 |
| 29815758 | | Chicago Family & Immigration, 53 W Jackson Blvd Ste 752, Chicago, IL 60604-3466 |
| 29899288 | + | Chicago Family & Immigrations Services, LLC., 53 W. Jackson Blvd., Suite 752, Chicago, IL 60604-3466 |
| 29815762 | | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 29815763 | | Illinois Bone & Joint, 5057 Paysphere Circle, Chicago, IL 60674-0001 |
| 29815766 | | Law Office of Russell D. Knight, 1165 N Clark St Ste 700, Chicago, IL 60610-2821 |
| 29815768 | | Northshore University Health, 23056 Network Place, Chicago, IL 60673-1230 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29815755 | + | Email/Text: backoffice@affirm.com | Sep 13 2022 22:44:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 29815756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2022 22:39:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 29865009 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2022 22:53:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29815759 | | Email/Text: electronicbkydocs@nelnet.net | Sep 13 2022 22:44:00 | Dept Of Ed/582/nelnet, Attn: Bankruptcy Claims/Nelnet, PO Box 82505, Lincoln, NE 68501-2505 |
| 29825689 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 13 2022 22:43:38 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 29815761 | | Email/Text: FMClaims@Firstmarkservices.com | Sep 13 2022 22:43:38 | Fm/firstma, Attn: Bankruptcy 121 S 13th St #201, Lincoln, NE 68508 |
| 29820625 | + | Email/Text: ksutherland@fncu.org | Sep 13 2022 22:43:00 | First Northern Credit Union, 230 West Monroe St, Suite 2850, Chicago, IL 60606-4903 |
| 29815760 | + | Email/Text: ksutherland@fncu.org | Sep 13 2022 22:43:00 | First Northern Cu, 230 W Monroe, Chicago, IL 60606-4975 |
| 29815764 | | Email/Text: rev.bankruptcy@illinois.gov | Sep 13 2022 22:44:00 | Illinois Dept of Revenue, Bankruptcy Unit, PO Box 19035, Springfield, IL 62794-0000 |
| 29815765 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2022 22:43:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 29815757 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 13 2022 22:39:27 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 29859814 | + | Email/Text: RASEBN@raslg.com | Sep 13 2022 22:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0752-1                                    User: admin                                              Page 2 of 3
Date Rcvd: Sep 13, 2022                            Form ID: pdf003                                       Total Noticed: 29

| | | | |
|---|---|---|---|
| | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 29815767 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Sep 13 2022 22:43:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 29900998 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Sep 13 2022 22:53:28 | Portfolio Recovery Associates, LLC, c/o Lending Club Corporation, POB 41067, Norfolk, VA 23541 |
| 29817251 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 13 2022 22:39:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29815769 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 13 2022 22:39:55 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29862432 | + Email/Text: BKRMailOps@weltman.com | | |
| | | Sep 13 2022 22:44:00 | TINKER FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., L.P.A., 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 29815770 | + Email/Text: bankruptcy@tinkerfcu.org | | |
| | | Sep 13 2022 22:44:00 | Tinker Fcu, Attn: Bankruptcy, PO Box 45750, Tinker AFB, OK 73145-0750 |
| 29815771 | Email/Text: bankruptcies@uplift.com | | |
| | | Sep 13 2022 22:43:00 | Uplift, Inc., Attn: Bankruptcy 801 El Camino Real, Menlo Park, CA 94025 |
| 29820962 | Email/PDF: OGCRegionVBankruptcy@hud.gov | | |
| | | Sep 13 2022 22:39:27 | U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604 |
| 29815772 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 13 2022 22:53:38 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 29853173 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Sep 13 2022 22:53:30 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29888607 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022                     Signature:        /s/Gustava Winters

District/off: 0752-1                    User: admin                         Page 3 of 3
Date Rcvd: Sep 13, 2022                 Form ID: pdf003                      Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Christine Thurston | on behalf of Debtor 1 Ronisha J. Carpenter cthurston@thurstonlawfirm.com  thurstonlawfirm@jubileebk.net |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3