Form G-15

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

### CHANGE OF ADDRESS – CREDITOR

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Ronisha Carpenter                Case Number: 22-06993
                                        Chapter: 13

Check which type of address change is being requested:

☐ Notice only      ☐ Payment only      ☑ Notice & Payment

Creditor's Name: Chicago Family Immigration Services, LLC

Enter related claim number(s) if any: 9-1        Dollar Amount:$ 5,080.00

Previous Notice Address:                New Notice Address:
53 W Jackson Blvd. Suite 752            1164 W Madison Street Suite 216
Chicago, IL 60604                       Chicago, IL 60607

Previous Payment Address:               New Payment Address:
53 W. Jackson Blvd., Suite 752          1164 W Madison Street Suite 216
Chicago, IL 60604                       Chicago, IL 60607

Change requested by:
(Printed name and title)    Aaron T. Korson, Owner

Mailing Address
1164 W Madison Street, Suite 216, Chicago, IL 60607

9/22/23

Creditor Phone Number: 3124682949
Creditor Email Address: aaron.korson@chiattorney.com

Signature and Date
_____ 9/22/23

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19