UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-06993
Ronisha J. Carpenter, )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

This case is before the court on the motion of the debtor to modify the Chapter 13 Plan. IT IS ORDERED that the motion is granted as follows:

1. The current default through January 2024 is deferred to the end of the Chapter 13 Plan of reorganization.

2. The plan base is decreased to $39,563.34.

3. The monthly trustee payment is lowered to $650.00 per month for the remaining 40 months of the plan.

4. The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 22, 2024

**Prepared by:**

Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008